

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00056-CR

LAUREN FRANCIS NORTHCUTT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 2
Hunt County, Texas
Trial Court No. CR1800615

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Chief Justice Morriss

## MEMORANDUM OPINION

Appellant Lauren Francis Northcutt has filed a motion to dismiss this appeal. As authorized by Rule 42.2 of the Texas Rules of Appellate Procedure, we grant the motion. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we dismiss this appeal.

Josh R. Morriss, III
Chief Justice

Date Submitted:     August 5, 2019
Date Decided:       August 6, 2019

Do Not Publish